*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★      ★ ★ ★



## MEMORANDUM OPINION

No. 04-09-00803-CR

**IN RE Jason MIEARS**

Original Proceeding[1]

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed: December 23, 2009

PETITION FOR WRIT OF PROHIBITION DENIED

On December 14, 2009, relator Jason Miears filed a petition for writ of prohibition, complaining the 379th Judicial District Court does not have jurisdiction over the pending criminal proceeding. The court has considered relator's petition for writ of prohibition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of prohibition is DENIED. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.